STACEY M. LEYTON (203827)
EILEEN B. GOLDSMITH (218029)
JUHYUNG HAROLD LEE (315738)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: sleyton@altber.com
       egoldsmith@altber.com
       hlee@altber.com

BENJAMIN L. KING (*pro hac vice forthcoming*)
MCKNIGHT, CANZANO, SMITH,
   RADTKE & BRAULT, P.C.
3950 West 11 Mile Road
Berkley, MI 48072
Telephone: (248) 354-9650
Facsimile: (248) 354-9656
E-mail: bking@michworkerlaw.com

*Attorneys for Defendants*
   *UAW and UAW Local 422*

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FCA US LLC, | Case No.: 2:25-cv-00733-SB-E |
| Plaintiff, | **DEFENDANTS' NOTICE OF RELATED CASE** |
| v. | |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) and UAW LOCAL 422, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that pursuant to Local Rule 83-1.3, Defendants International Union, United Automobile, Aerospace and Agricultural Implement Workers (UAW) and UAW Local 422 submit that the following actions pending in this Court are related because they arise from the same or closely related events, call for determination of the same or similar questions of law and fact, and would entail substantial duplication of labor if heard by different judges:

- *FCA US LLC v. International Union, United Automobile, Aerospace and Agricultural Implement Workers (UAW) and UAW Local 230*, C.D. Cal. Case No. 5:24-cv-02123-KK-DTB, filed October 3, 2024 ("*UAW Local 230*").

- *FCA US LLC v. International Union, United Automobile, Aerospace and Agricultural Implement Workers (UAW) and UAW Local 422*, C.D. Cal. Case No. 2:25-cv-00733-SB-E, filed October 4, 2024 and transferred to the Central District of California on January 31, 2025 ("*UAW Local 422*").

*UAW Local 422* was transferred to the Central District of California because the case involves the same facts, the same legal dispute, and mostly the same parties (except for the particular UAW local union named as an additional defendant) as twelve actions filed by Plaintiff FCA US LLC ("Stellantis") in district courts around the United States including *UAW Local 230*. The parties all agreed that the cases should be consolidated but disagreed about which court they should be consolidated in, and the District of Massachusetts deemed it appropriate to transfer the case to this Court.

Stellantis' twelve actions challenge the same actions by the UAW and its affiliated local unions. The complaint in *UAW Local 422* is virtually identical to the complaint in the *UAW Local 230* action (and to the complaints in the other Stellantis actions in other courts), except that the *UAW Local 230* action names a southern California local union as a defendant while *UAW Local 422* names a Massachusetts-based local union as a defendant. *Compare UAW Local 422*, Dkt. 1 with *UAW Local 230*, Dkt. 1. *UAW Local 230* was the first-filed of Stellantis' twelve cases, and is pending before the Hon. Kenly Kiya Kato. The union defendants' motion for judgment on the pleadings in that action is

fully briefed, and Judge Kato has already taken the matter under submission without oral argument, suggesting that she has already invested considerable time and resources in the case. *See UAW Local 230*, Dkt. 53 (Jan. 31, 2025).

Stellantis' complaints in *UAW Local 422* and *UAW Local 230* (as well as Stellantis' other cases) uniformly allege that the union defendants breached the same collective bargaining agreement between the UAW and Stellantis that applies to the UAW and both local unions in question, and breached the implied covenant of good faith and fair dealing, by filing grievances challenging Stellantis' conduct with respect to certain investments Stellantis agreed to make, communicating to the public and their members in connection with those grievances, and threatening to strike in support of those grievances. The union defendants have asserted identical defenses in both cases. *See UAW Local 422*, Dkt. 11; *UAW Local 230*, Dkt. 31.

The union defendants in Stellantis' cases filed motions to transfer to the Central District of California pursuant to the first-to-file rule, or in the alternative to dismiss or stay the later-filed actions. *See UAW Local 422*, Dkt. 15. Without expressly relying on the first-to-file rule, the District of Massachusetts granted the union defendants' motion to transfer *UAW Local 422* to the Central District of California because "all parties agree that these proceedings should be before a single district court," and the Massachusetts-based local union defendant in *UAW Local 422* waived venue in the Central District of California. *UAW Local 422*, Dkt. 30 at 2.

Given the overwhelming overlap between these actions, and the Massachusetts court's intent in transferring *UAW Local 422* that it should be resolved by the same judge as in *UAW Local 230*, Defendants respectfully submit that *UAW Local 422* should be deemed a related case to *UAW Local 230* and transferred to Judge Kato. Deeming these cases related will conserve judicial and party resources and avoid the risk of conflicting rulings. Following transfer, Defendants will request that the cases be coordinated.

| | |
|---|---|
| Dated: February 3, 2025 | Respectfully submitted, |
| | By: */s/ Eileen B. Goldsmith* |
| | Eileen B. Goldsmith |
| | |
| | ALTSHULER BERZON LLP |
| | |
| | Stacey M. Leyton |
| | Eileen B. Goldsmith |
| | Juhyung Harold Lee |
| | 177 Post St., Suite 300 |
| | San Francisco, CA 94108 |
| | Telephone: (415) 421-7151 |
| | Facsimile: (415) 362-8064 |
| | E-mail: sleyton@altber.com |
| | egoldsmith@altber.com |
| | hlee@altber.com |
| | |
| | MCKNIGHT, CANZANO, SMITH, RADTKE & BRAULT, P.C. |
| | |
| | Benjamin L. King (*pro hac vice forthcoming*) |
| | 3950 West 11 Mile Road |
| | Berkley, MI 48072 |
| | Telephone: (248) 354-9650 |
| | Facsimile: (248) 354-9656 |
| | E-mail: bking@michworkerlaw.com |
| | |
| | *Attorneys for Defendants* |
| | *UAW and UAW Local 230 in Case No.* 5:24-cv-02123-KK-DTB *and* |
| | *UAW and UAW Local 422 in Case No.* 2:25-cv-00733-SB-E |